[906 NE2d 1057, 879 NYS2d 25]

In the Matter of JOSEPH S. ALESSANDRO.

Decided March 26, 2009

APPEARANCES OF COUNSEL

*Paul DerOhannesian* for petitioner.

*Robert H. Tembeckjian* for respondent.

**OPINION OF THE COURT**

On the Court's own motion, it is determined that Honorable Joseph S. Alessandro is suspended, with pay, effective immediately, from the office of Justice of the Supreme Court, Westchester County, pending disposition of his request for review of a determination by the State Commission on Judicial Conduct.

Concur: Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES. Taking no part: Chief Judge LIPPMAN.